Donald E. ENO, Plaintiff–Appellant,

v.

Sally JEWELL; U.S. Department of the Interior; Interior Board of Land Appeals; U.S. Forest Service, Defendants–Appellees.

No. 13–15166.

United States Court of Appeals, Ninth Circuit.

Nov. 12, 2015.

Steven J. Lechner, Mountain States Legal Foundation, Lakewood, CO, Burton James Stanley, I, Esquire, Law Offices of Burton J. Stanley, Sacramento, CA, for Plaintiff–Appellant.

Thekla Hansen–Young, Maggie B. Smith, U.S. Department of Justice, Washington, DC, Edward Alan Olsen, Esquire, Assistant U.S., Office of the U.S. Attorney, Sacramento, CA, for Defendant–Appellee.

Before: M. MARGARET McKEOWN, MARY H. MURGUIA, and MICHELLE T. FRIEDLAND, Circuit Judges.

### ORDER

The opinion filed on August 27, 2015, appearing at 798 F.3d 1245, is hereby amended. The petition for rehearing is granted in part and the opinion is amended as follows:

At slip op. page 11 n. 2 [798 F.3d at 1251], change "We observed as much in a prior appeal involving Eno and charges of unauthorized removal of minerals from these lands." to "We observed as much in a prior appeal, involving unauthorized removal of minerals from these lands, to which Eno was not a party."

With this amendment, the panel has voted to deny the petition for panel rehearing and the petition for rehearing en banc.

The full court has been advised of the petition for rehearing· and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

The petition for panel rehearing and petition for rehearing en banc are **DENIED**. No further petitions for en banc or panel rehearing shall be permitted.